UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL B. ZIDELL, ET AL.,

                Plaintiffs,

      -against-

CITIBANK, N.A.,

            Defendant.

25 CIVIL 5245 (DEH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion and Order dated June 29, 2026, the Motion to Dismiss is GRANTED; accordingly, the case is closed.

**Dated:**   New York, New York
         July 1, 2026

                              **TAMMI M. HELLWIG**
                                Clerk of Court

**BY:**

                                Deputy Clerk